PAUL A. BARR
California State Bar No. 247951
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Paul_Barr@fd.org

Attorneys for Victoria Teresa Tabbutt

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA TERESA TABBUTT,<br><br>Defendant. | CASE NO.: 20CR214-GPC<br><br>Hon. Gonzalo P. Curiel<br>Courtroom 2D<br>Date: June 28, 2021<br>Time: 8:30 a.m.<br><br>Defendant's Sentencing Memorandum |

## INTRODUCTION

Victoria Tabbutt's drug addiction has twisted and tormented her life for nearly twenty years. It has repeatedly derailed her efforts to harness her considerable talents and drive, has taken her away from her family, kept her from achieving her personal and professional goals. And it has brought her to where she is now, behind bars and before this Court.

But Ms. Tabbutt refuses to be defined by her disease. She has hopes and dreams. She has parents who love her, an extended network of friends and family who support her. And more than anything she has a young son who needs her to be the mother he deserves. Ms. Tabbutt knows that in order to be the person she wants to be she must first tackle her addictions head-on. She recognizes that the path to sobriety is a long one, will likely involve a lifetime of struggle, and that there will be many obstacles

along the way. But she is committed to staying on that path, for herself, and for her



*Ms. Tabbutt and her son, aged 12.*

son.

## SENTENCING REQUEST

Ms. Tabbutt asks this Court to sentence her to time-served as of June 29[1], and to order that she be released in San Diego.[2] Defense counsel, or another representative from Federal Defenders, will meet Ms. Tabbutt upon her release from the Marshals' cell block and insure that she is taken directly to the Crossroads Foundation residential recovery program for women, where she has a confirmed space awaiting her. Following her completion of the residential portion of the program, which lasts

---

[1] Ms. Tabbutt will have served 13 months and 24 days as of June 29.
[2] Ms. Tabbutt is currently housed in San Luis, Arizona.

between three and six months, Ms. Tabbutt will continue to receive aftercare services from Crossroads, as well as assistance in finding an appropriate sober living facility.

## REASONS FOR THE REQUEST

**A.     The woman before the court**

### 1.     Background

Ms. Tabbutt is a 33-year-old United States citizen and has lived almost her entire life in San Diego. At the time of her arrest she was living at home with her parents and her 12-year-old son.

### 2.     Education

Ms. Tabbutt attended Point Loma High School through the 11th grade before transferring to Audeo Charter School in North Park, where she graduated in 2005. Ms. Tabbutt then studied graphic design for two years at the Art Institute in Mission Hills, before changing tacks and obtaining her cosmetology license from the California Hair Design Academy in La Mesa.

In 2019, Ms. Tabbutt completed a one-year certified medical assistant program with U.S. Colleges in Mission Valley. Ms. Tabbutt had completed all coursework and clinical hours, and was simply awaiting the opportunity to take her certification examination in order to become fully licensed.



*Ms. Tabbutt on her first day of school to become a certified medical assistant.*

3. <u>Work history</u>

Ms. Tabbutt was hoping to begin work as a medical assistant around the time of her arrest in this case. She had mostly been unemployed for several years prior to that, working occasionally as a delivery driver for Postmates and cleaning houses when needed. Her longest duration with one employer was with Hobby People, a retail hobby store, where she worked in sales and as a cashier for about four years.

4. <u>Family support and obligations</u>

Ms. Tabbutt has the unwavering support of her family behind her. Many of them have written letters on her behalf, describing the woman who they love and admire despite her struggles.



*Ms. Tabbutt's father, brother, son, and mother.*

Arthur Tabbutt, continues to stand by and believe in his daughter, notwithstanding her long history of drug use, including while she was on pretrial release in this case. He describes her kindness, "always reaching out to share and help others no matter who they are" and her love of art, music and fashion. *See* Arthur Tabbutt Letter, attached as Exhibit A. He describes the way in which her "drug curse" has disrupted Ms. Tabbutt's dreams. And, most poignantly, he comments about how

watching his grandson "hugging his grandmother, reflecting on his mother with a far away stare" puts tears at his heart. *See id.*

Ms. Tabbutt's mother, Sandra, describes her as "a very kind, considerate person with a big heart" who "loves her family dearly, especially her little boy." Sandra Tabbutt Letter, attached as Exhibit B. Mrs. Tabbutt also notes that Ms. Tabbutt is an artist who "has a flair for fashion." *Id.* She yearns for her daughter, and firmly believes she is "ready to come back to society, where she needs to make a difference in the world," most importantly as a role model for her son. *Id.*

Steven Tabbutt, Ms. Tabbutt's brother, has witnessed how this case has affected her and believes that "she has taken responsibility for her actions and [that] she's ready to be [a] valuable member [of] society." Steven Tabbutt Letter, attached as Exhibit C. He describes how he idolized her as a child and "always wished I had her confidence and her drive." *Id.* Steven notes how drugs have taken so much from Ms. Tabbutt and expresses his confidence that but for her addiction she would never have become involved in this offense. Finally, he expresses his belief that "with professional help and family and friends supporting her" Ms. Tabbutt can return to being "the strong and powerful" woman he knows her to be. *Id.*

Ms. Tabbutt's aunt and uncle, Jack and Pauline Tabbutt, describe her as "a kind and caring young woman who loves her family as much as we love her." Jack and Pauline Tabbutt Letter, attached as Exhibit D. They see her as a "very intelligent" woman whose "caring nature" makes her well suited for the health care career she was pursuing at the time of her arrest in this case. They eagerly await her admission into a treatment program so that she can reclaim her life and fulfill the promise she has demonstrated even through the fog of her addiction.

Martha Mendez, Ms. Tabbutt's maternal aunt, also writes in support of her, as does her cousin, Michael. *See* Exhibits E, F.

Ms. Tabbutt recognizes that she is fortunate to have so much love and support from her family, despite the pain she has caused them through her involvement in this

case and her long years struggling with addiction. She is committed to being the daughter, sister, and mother that her loved ones deserve. With them standing beside her, encouraging and inspiring her, Ms. Tabbutt is confident that she can address her substance abuse issues and live up to her family's view of her as a kind, caring, intelligent, and creative woman with so much to offer the world.

### 5. <u>Substance abuse history</u>

It all comes back to her addiction. Ms. Tabbutt was introduced to drugs while she was a teenager. In the years since then, drugs have taken a grip of Ms. Tabbutt's life and never let go. Ms. Tabbutt will be 34 in September. She is tired of the wear and tear, physical and emotional, that drugs have exacted on her. And she is ready to devote herself to grappling with her addiction and doing whatever it takes to reclaim her sobriety. It won't be easy. But Ms. Tabbutt knows that she needs to do everything she can to battle against her addiction, which has already taken so much from her. Including, very nearly, her life itself.

Ms. Tabbutt's drug use began at a very early age. She was 12 years old when she began smoking marijuana, and has used it on almost every day ever since. At the age of 14 she was introduced to cocaine and heroin. Both of those drugs became fixtures in Ms. Tabbutt's life, with heroin in particular a nearly daily presence. And this has not been simply recreational use: at the time of her arrest in this case, Ms. Tabbutt was using roughly three grams of heroin per day. When she was 17 years old, Ms. Tabbutt began using methamphetamine as well, and was using that drug one to two times per week at the time of her arrest. Finally, Ms. Tabbutt also abused the prescription drug benzodiazepine (commonly known by the brand name Xanax) which, while generally safe, can be dangerously toxic when taken in conjunction with opioids like heroin.

When she was arrested on December 8, 2019, Ms. Tabbutt was rejected from the MCC because of her addiction issues. She was taken to Paradise Valley Hospital so that she could detox from the benzodiazepine, and also be treated for cellulitis and abscesses in her legs related to her intravenous drug use. Ms. Tabbutt remained in the

hospital for 16 days before making her initial court appearance on December 24.

After spending roughly four months in jail, Ms. Tabbutt was released on bond on April 28, 2020. Just over a week later, a former boyfriend of Ms. Tabbutt's visited her at her parent's home and provided Ms. Tabbutt with a substance that she believed to be methamphetamine, which she used. Unbeknownst to Ms. Tabbutt, the drug was laced with fentanyl. And it very nearly killed her.

Ms. Tabbutt's parents found her sometime later, unresponsive, and called 911. CPR was performed on Ms. Tabbutt and she was rushed to the emergency room. Ms. Tabbutt had experienced acute respiratory failure and atrial fibrillation as a result of the overdose. Ms. Tabbutt was administered Narcan to combat the effects of the fentanyl, and it likely saved her life. Fortunately, Ms. Tabbutt quickly stabilized and made a complete and swift recovery. She was discharged from the hospital two days later.

Soon after her discharge from the hospital, Ms. Tabbutt enrolled at Turning Point, a residential drug treatment program. She successfully completed the 90-day program without incident, and transitioned to a sober living facility. Unfortunately, Ms. Tabbutt relapsed again. After she admitted to using alcohol and cocaine following a dispute with one of her housemates, Ms. Tabbutt was remanded back into federal custody.

**B.     The need for rehabilitation**

Ms. Tabbutt knows that the road to sobriety is a long one, a road that will not be smooth or easy to traverse. But she also knows that she cannot be the woman and mother that she wants to be while still in the grip of her addiction. And so she is committed to devoting herself to treatment and doing everything in her power to tackle her substance abuse problems head-on.

Additional time in custody is not going to help Ms. Tabbutt to be a productive member of society. What she needs at this point is intensive drug treatment and then, with assistance and support from her community and trained professionals, she needs

to gradually transition to living in the free world. Ms. Tabbutt needs to learn how to cope with the stresses and struggles of daily life without resorting to drug use. Only then will she be able to realize her potential and fulfill her obligations to her family and society.

### C. The nature and circumstances of the offense

Ms. Tabbutt trusted the wrong people. A couple of days before her arrest, Ms. Tabbutt went to Mexico with people who she thought were her friends. They were also among her regular sources of drugs. But while Ms. Tabbutt was aware that these people were involved in illegal activity, she never imagined they would thrust her into the middle of their drug trafficking efforts. So when they asked Ms. Tabbutt to drive their vehicle from Mexico back into the United States, and told her that they would meet her on this side of the border, Ms. Tabbutt agreed. It didn't dawn on her that she was being used. But, then again, Ms. Tabbutt was already under the influence, and she wasn't thinking clearly when she agreed to do what was asked of her.

The only drugs that Ms. Tabbutt knew about that day were the Xanax pills that she had concealed on her body. When she was asked if she was bringing anything back from Mexico, Ms. Tabbutt answered in the negative, knowingly giving a false statement to the Customs and Border Protection officer who questioned her. And that is the offense she has admitted to committing, has pleaded guilty to, and is now being sentenced for.

In light of the offense of conviction, the requested sentence is appropriate and does not result in unwarranted sentencing disparities.

## CONCLUSION

Ms. Tabbutt has made mistakes in her life, and in the context of this case. She should never have trusted her drug dealers. She should never have lied to the federal agents entrusted with protecting the border. She should never have called up her ex-boyfriend when she was on pretrial release. She should never have used methamphetamine or cocaine in violation of this Court's order. She should have done any of a number of things differently, and she deeply regrets those decisions.

But underlying those decisions is a long-term drug addiction that has plagued Ms. Tabbutt for nearly twenty years. As her family can attest, Ms. Tabbutt is an intelligent, kind, loving, and talented woman with a great deal of potential. Despite her shortcomings and failures, she has a large group of people who still believe in her and will stand by her as she tackles the biggest challenge of her life: the challenge of beating her addiction.

Ms. Tabbutt is not naïve. She knows that after years of substance abuse it will not be as simple as flipping a switch. It will take months, years, a lifetime of hard work. But she is prepared to put in that work. Because it is the only way she can be the mother and daughter, sister and friend that she desperately wants to be. Ms. Tabbutt asks the Court to give her the chance to begin that process anew. She asks for a time-served sentence, and that she be allowed to enter inpatient drug treatment immediately. She asks this Court to put its faith in her one more time. And she will do her utmost to show that faith is well placed.

Respectfully submitted,

Dated: June 24, 2021
*s/ Paul A. Barr*
Federal Defenders of San Diego, Inc.
Attorneys for Victoria Theresa Tabbutt

Email: Paul_Barr@fd.org